**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
23901 Calabasas Road, Suite 1076
Calabasas, California 91302
Telephone (818) 595-3490
Fax (818) 225-7497
marc_wodin@wodinlaw.com

Attorneys for Defendants Pioneer Life Insurance Company of Illinois; Washington National Life Insurance Company; Conseco Senior Health Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE M. KRUMPOTICH,<br><br>    Plaintiff,<br><br>vs.<br><br>PIONEER LIFE INSURANCE COMPANY OF ILLINOIS; WASHINGTON NATIONAL LIFE INSURANCE COMPANY AND CONSECO SENIOR HEALTH INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.: CV-09-0335-MEJ<br><br>Assigned to: Magistrate Judge Maria-Elena James<br><br>[~~PROPOSED~~] **ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL**<br><br>Complaint filed: January 26, 2009 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The law firm of Reed Smith LLP hereby seeks an order permitting its withdrawal from the representation of Defendants Pioneer Life Insurance Company of Illinois, Washington National Life Insurance Company, and Conseco Senior Health Insurance Company (collectively "Defendants") in this matter and defendants seek to substitute Marc J. Wodin, Esq., of the Law Offices of Marc J. Wodin, located at 23901 Calabasas Road, Suite 1076,

| | |
|---|---|
| 1 | Calabasas, CA 91302, as its counsel of record, in place and |
| 2 | instead of Reed Smith LLP.  Reed Smith has previously provided |
| 3 | notice of its intent to withdrawal to all other parties. |

DATED:                 By: /s/ ROGER TREECE
Roger Treece
For Defendant Pioneer Life
Insurance Company of
ILLINOIS; Washington National
Life Insurance Company; Conseco
Senior Health Insurance Company

We accept said substitution.

DATED:                 LAW OFFICES OF MARC J. WODIN

By: /S/ MARC J. WODIN
Attorneys for Defendant

We accept said substitution.

DATED:                 REED SMITH LLP

By: /s/ Robert D. Phillips, Jr.

**ORDER**

Based on the foregoing and good cause appearing, it is hereby ordered that the law firm of Reed Smith LLP be permitted to withdrawal as counsel for Defendants in this action and that Defendants be permitted to substitute the Law Offices of Marc J. Wodin as its counsel in this action.

DATED: April 23, 2009        *Jeffrey S. White*
Judge of the United States
District Court for the
Northern District of
California