S.K. Huffer & Assoicates, P.C.
Steven K. Huffer, Esq.
Attorney at Law, A Professional Corp.
1289 City Center Drive, Suite 125
Carmel, IN 46032
Telephone: (317) 564-4807
Facsimile: (317) 564-4812
stevech@hufferlaw.com

LAW OFFICES OF MARC J. WODIN
Marc J. Wodin, Esq. - SBN 79573
23901 Calabasas Road, Suite 1076
Calabasas, California 91302
Telephone (818) 595-3490
Fax (818) 225-7497
marc_wodin@wodinlaw.com

Attorneys for Defendants Pioneer Life Insurance Company of Illinois; Washington National Health Insurance Company; Conseco Senior Health Insurance Company

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAIRE M. KRUMPOTICH, | CASE NO.: C 09-00335 JSW |
| Plaintiff, | Assigned to the Honorable Jeffrey S. White |
| vs. | |
| PIONEER LIFE INSURANCE COMPANY OF ILLINOIS; WASHINGTON NATIONAL HEALTH INSURANCE COMPANY AND CONSECO SENIOR HEALTH INSURANCE COMPANY, | **STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER (ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS)** |
| Defendant. | |

**STIPULATION**

The parties to the above entitled action, by and through their attorneys of record, stipulate as follows:

1. On May 18, 2009, the Court issued its Order Scheduling Trial and Pretrial Matters, and Amended Civil Minute Order, setting trial and pretrial dates in this matter as follows: Jury Trial: 2/22/10 at 8 a.m. (5-7 days); Pretrial conference: 2/1/10 at 2 p.m.; Hearing on dispositive motions: 1/8/10 at 9 a.m.; Close of fact discovery: 12/18/09; Defendants' expert designation: 11/20/09; Plaintiff's expert designation: 10/30/09.

2. As set forth in the Joint Case Management Statement, filed by the parties on 5/8/09, the parties selected private ADR, as a settlement procedure. As stated at the Case Management Conference, the parties agreed to have the matter mediated by retired California Supreme Court Justice Edward Panelli. The court set a deadline of 11/3/09 for completion of the mediation.

3. It was the intention of the parties, and their reasonable anticipation, that they would proceed with the mediation at an early date, after certain items of discovery were completed, in the hope of resolving the matter, and avoiding the substantial effort and expense of further discovery and trial preparation. To that end, the parties, in August 2009, attempted to arrange for a mediation with Justice Panelli to take place in mid to late September, 2009. Unfortunately, Justice Panelli's limited availability would not permit a mediation at that time, and the earliest date that could be obtained available to Justice Panelli, the parties, and their attorneys, was 11/19/09. A mediation has been scheduled for that date.

4. The parties wish to avoid incurring the substantial effort and expense of further discovery and trial preparation pending this mediation which, if successful, will avoid their having to do so. However, in consideration of the presently pending trial and pretrial dates, and with the aforementioned delay which has occurred in the mediation, they will be unable to do so, unless those dates are continued, for a reasonable period of time.

5. Accordingly, it is in the interest of justice and economy that, the parties stipulate that, and the parties request that the Court order that, the Scheduling Order (the Order Scheduling Trial and Pretrial Matters, and the Amended Civil Minute Order) be modified, to continue trial and pretrial dates as follows, or to such other dates as the Court deems appropriate:

    Jury Trial: 6/2/10 at 8 a.m. (5-7 days);

    Pretrial conference: 4/26/10 at 2 p.m.;

    Hearing on dispositive motions: 4/2/10 at 9 a.m.;

    Close of fact discovery: 3/12/10;

    Defendants' expert designation: 2/12/10;

    Plaintiff's expert designation: 1/22/10;

    ADR completion: 12/1/09

6. The parties stipulate and agree that they will not initiate any discovery in this action prior to the mediation, and that defendant's responses to plaintiff's second notices to

Law Offices
Marc J. Wodin

3
STIPULATION AND [PROPOSED] ORDER

produce, served on 9/2/09, will be due 30 days after the mediation.

DATED: 09/08/2009                KANTOR & KANTOR

                                 By  /s/ GLENN R. KANTOR
                                 Attorneys for Plaintiff Claire M. Krumpotich


DATED: 09/08/2009                LAW OFFICES OF MARC J. WODIN

                                 By  /s/MARC J. WODIN
                                 Attorneys for Defendant Pioneer Life Insurance Company of Illinois; Washington National Health Insurance Company and Conseco Senior Health Insurance Company

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown therefore, IT IS ORDER THAT the Scheduling Order (the Order Scheduling Trial and Pretrial Matters, and the Amended Civil Minute Order)are modified, to continue trial and pretrial dates as follows:

Jury Trial: ~~6/2/10~~ 6/1/10 at 8 a.m. (5-7 days);

Pretrial conference: ~~4/26/10~~ 5/10/10 at 2 p.m.;

Hearing on dispositive motions: 4/2/10 at 9 a.m.;

Close of fact discovery: 3/12/10;

Defendants' expert designation: 2/12/10;

1  Plaintiff's expert designation: 1/22/10;

2  ADR completion: 12/1/09

5  Dated: September 9, 2009

   _____
   THE HONORABLE JEFFREY S. WHITE
   JUDGE OF THE UNITED STATES DISTRICT
   COURT FOR THE NORTHERN DISTRICT OF
   CALIFORNIA

Law Offices
Marc J. Wodin

5
STIPULATION AND [PROPOSED] ORDER