Glenn R. Kantor - SBN 122643
e-mail: gkantor@kantorlaw.net
Corinne Chandler - SBN 111423
e-mail: cchandler@kantorlaw.net
Brent Dorian Brehm - SBN 24898
e-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272

Attorneys for Plaintiff,
CLAIRE M. KRUMPOTICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE M. KRUMPOTICH,<br><br>Plaintiff,<br><br>VS.<br><br>PIONEER LIFE INSURANCE COMPANY OF ILLINOIS; WASHINGTON NATIONAL HEALTH INSURANCE COMPANY AND CONSECO SENIOR HEALTH INSURANCE COMPANY,<br><br>Defendants. | CASE NO: C 09-00335 JSW<br><br>STIPULATION TO EXTEND DISCOVERY CUT OFF DATE FOR TEN DAYS<br>AND ORDER THEREON<br><br>Discovery Cut Off Date: March 12, 2010<br><br>Trial: June 2, 2010 |

The parties hereby submit the following Stipulation to extend the discovery cut off date an additional ten (10) days for the reasons set forth below.

Whereas, the parties previously sought and received a continuance of previous pre-trial dates so that they could mediate this case, with their mutually desired mediator, Justice Panelli. As a result of the scheduled mediation, the parties agreed to postpone further discovery proceedings until after the date of the mediation, which was held on November 18, 2009,

1  Whereas, the case did not settle at the mediation and plaintiff has noticed the
2  deposition of defendant Washington National Insurance Company, and certain of its
3  present and past personnel, who are located out of state;
4  Whereas, defendants' counsel is not available to attend said depositions, which
5  should be scheduled together due to their location, until February, 2010;
6  Whereas, plaintiff anticipates that follow up discovery, including written
7  discovery, may be necessary after the February, 2009 depositions and
8  Whereas, plaintiff anticipates that any necessary follow up discovery may be
9  completed provided that she is granted a ten (10) extension of the discovery cut off
10 date, which is now scheduled for March 12, 2010.
11 Now therefore, the parties stipulate and agree, subject to the Court's approval
12 that the discovery cut off date of March 12, 2010 may be continued to March 22,
13 2010.

14

15 DATED: December 14, 2009                    KANTOR & KANTOR, LLP

16

17

18                                    BY _Corinne Chandler_
19                                    CORINNE CHANDLER
                                      ATTORNEY FOR PLAINTIFF
20                                    CLAIRE KRUMPOTICH

21
    DATED: December __, 2009                  LAW OFFICES OF MARC J. WODIN
22

23

24                                    BY: _[signature]_
25                                    MARC J. WODIN
                                      ATTORNEYS FOR PIONEER LIFE
26                                    INSURANCE COMPANY OF
                                      ILLINOIS; WASHINGTON
27                                    NATIONAL HEALTH INSURANCE
                                      COMPANY AND CONSECO SENIOR
28                                    HEALTH INSURANCE COMPANY

---

Stipulation to Continue Discovery Cut Off Date

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROPOSED ORDER

The Court having read and considered the parties' Stipulation to continue the Discovery Cut Off Date in the above matter and good cause appearing therefor, hereby orders that the Discovery Cut Off Date is continued from March 12, 2010 to March 22, 2010.

Dated: December 15, 2009

_____
The Honorable Jeffrey S. White
U.S. District Court Judge

---

Stipulation to Continue Discovery Cut Off Date