IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAIRE M. KRUMPOTICH,

    Plaintiff,

v.

PIONEER LIFE INSURANCE COMPANY OF ILLINOIS, ET AL.,

    Defendants.

No. C 09-00335 JSW

**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE**

On December 14, 2009, the parties filed a Stipulated Protective Order. Upon review of the proposed protective order, the Court finds that paragraph 4 of the Order regarding the filing of documents with the Court under seal does not comply with the Civil Local Rules. *See* Civ. L. R. 79-5. The Stipulated Protective Order is DENIED without prejudice; after redrafting the offending section the parties may submit the order for the Court's approval.

**IT IS SO ORDERED.**

Dated: December 15, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE