1 | Glenn R. Kantor - SBN 122643
  e-mail: gkantor@kantorlaw.net
2 | Corinne Chandler - SBN 111423
  e-mail: cchandler@kantorlaw.net
3 | Brent Dorian Brehm - SBN 24898
  e-mail, bbrehm@kantorlaw.net
4 | KANTOR & KANTOR LLP
  19839 Nordhoff Street
5 | Northridge, CA 91324
  Telephone: (818) 886-2525
6 | Fax. (818) 350-6272

7 | Attorneys for Plaintiff,
  CLAIRE M. KRUMPOTICH

8 |

9 |               UNITED STATES DISTRICT COURT

10 |              NORTHERN DISTRICT OF CALIFORNIA

11 |

12 | CLAIRE M. KRUMPOTICH,                 ) CASE NO· C 09-00335 JSW
                                          )
13 |            Plaintiff,                 ) STIPULATION AND [PROPOSED]
                                          ) ORDER CONTINUING EXPERT
14 |        VS.                            ) DISCLOSURE DATES
                                          )
15 |                                       )
   | PIONEER LIFE INSURANCE               ) Discovery Cut Off Date March 22,
16 | COMPANY OF ILLINOIS,                  ) 2010
   | WASHINGTON NATIONAL                  )
17 | HEALTH INSURANCE COMPANY             ) Trial· June 2, 2010
   | AND CONSECO SENIOR HEALTH           )
18 | INSURANCE COMPANY.                    )
                                          )
19 |            Defendants.                )
                                          )
20 | _____  )

21 |       The parties hereby submit the following Stipulation to extend the existing

22 | expert disclosure deadlines for the reasons set forth below:

23 |       Whereas, the parties previously sought and received a continuance of previous

24 | pre-trial dates so that they could mediate this case, with their mutually desired

25 | mediator, Justice Panelli. As a result of the scheduled mediation, the parties agreed to

26 | postpone further discovery proceedings until after the date of the mediation, which

27 | was held on November 18, 2009;

28 |

---

1     Whereas, the case did not settle at the mediation and plaintiff desired to take

2  the depositions of certain individuals who were formerly employed by defendant

3  Washington National Insurance Company, and who all reside out of state;

4     Whereas, defendants' counsel was not available to attend the depositions in

5  January, 2010 and as a consequence, the depositions are now scheduled in February,

6  2010,

7     Whereas, the current expert disclosure dates are scheduled for January 22. 2010

8  (plaintiff) and February 12, 2010 (defendant)

9     Whereas, the parties desire their experts to have the benefit of all the discovery

10  prior to the preparation of their reports and the requested extension will not require a

11  further modification of the current pre-trial schedule;

12     Now therefore, it is hereby stipulated and agreed, subject to the Court's

13  approval, that the date for disclosure of plaintiff's experts may be  continued from

14  January 22, 2010 to March 1, 2010 and the date for disclosure of defendant's experts

15  may be  continued from February 12, 2010 to March 22, 2010.  The parties further

16  stipulate and agree that their respective experts and requested documents will be

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

---

Stipulation to Continue Expert Disclosure Dates

2

produced upon request and that subpoenas will not be necessary to compel

attendance at deposition or production of documents.

DATED: January 14, 2010                        KANTOR & KANTOR, LLP

                                               BY _Corinne Chandler_____
                                               CORINNE CHANDLER
                                               ATTORNEY FOR PLAINTIFF
                                               CLAIRE KRUMPOTICH


DATED: January 14, 2010                        LAW OFFICES OF MARC J. WODIN

                                               BY: _____
                                               MARC J. WODIN
                                               ATTORNEYS FOR PIONEER LIFE
                                               INSURANCE COMPANY OF
                                               ILLINOIS; WASHINGTON
                                               NATIONAL HEALTH INSURANCE
                                               COMPANY AND CONSECO SENIOR
                                               HEALTH INSURANCE COMPANY


                              ~~PROPOSED~~ ORDER

        The Court having read and considered the parties' Stipulation to continue the

Expert Disclosure Dates and  good cause appearing therefor,  hereby orders that the

date for disclosure of plaintiff's experts is continued from January 22, 2010 to March

1, 2010 and the date for disclosure of defendant's experts is continued from February

12, 2010 to March 22, 2010.



Dated: January 14 , 2010

                                               _Jeffrey S White_____
                                               The Honorable Jeffrey S. White
                                               U.S. District Court Judge


Stipulation to Continue Expert Disclosure Dates