| | |
|---|---|
| 1 | Glenn R. Kantor - SBN 122643 |
|   | e-mail: gkantor@kantorlaw.net |
| 2 | Corinne Chandler - SBN 111423 |
|   | e-mail: cchandler@kantorlaw.net |
| 3 | KANTOR & KANTOR LLP |
|   | 19839 Nordhoff Street |
| 4 | Northridge, CA 91324 |
|   | Telephone: (818) 886-2525 |
| 5 | Fax: (818) 350-6272 |
| 6 | Attorneys for Plaintiff, |
|   | CLAIRE M. KRUMPOTICH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAIRE M. KRUMPOTICH,

    Plaintiff,

VS.

PIONEER LIFE INSURANCE COMPANY OF ILLINOIS; WASHINGTON NATIONAL HEALTH INSURANCE COMPANY AND CONSECO SENIOR HEALTH INSURANCE COMPANY,

    Defendants.

CASE NO: C 09-00335 JSW

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE

IT IS HEREBY STIPULATED, by and between Plaintiff Claire M. Krumpotich and Defendants, Pioneer Life Insurance Company of Illinois; Washington National Health Insurance Company and Conseco Senior Health Insurance Company, by and through their respective counsel of record, that this action shall be dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED: March 15, 2010    KANTOR & KANTOR LLP

By: *Corinne Chandler*
Corinne Chandler
Attorneys for Plaintiff

1

Stipulation and [Proposed] Order for Dismissal of Case

| | | |
|---|---|---|
| 1 | DATED: March 15, 2010 | S.K. HUFFER & ASSOCIATES, P.C. |
| 2 | | By: _____ |
| 3 | | Steven K. Huffer |
| 4 | | Attorneys for Defendants |

***ORDER***

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED: March 16, 2010

_____
Hon. Jeffrey S. White
United States District Court Judge

Stipulation and [Proposed] Order for Dismissal of Case